UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOOR TO DOOR STORAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREEN TRUCK MANAGEMENT, INC. dba DOOR 2 DOOR MOVING & STORAGE, <br><br> Defendant. | Case No. 10-cv-03790-CRB <br><br> Assigned for All Purposes To: <br> Hon. Charles R. Breyer <br><br> **FINAL JUDGMENT** <br><br><br> Complaint Filed:   August 24, 2010 |

Plaintiff filed this action against Defendant on or about August 25, 2010 alleging claims for copyright infringement, unfair competition, false or misleading statements and common law trademark infringement and unfair competition. On February 1, 2011 the parties participated in a Mandatory Settlement Conference before Magistrate Judge Spero. At the Mandatory Settlement Conference the parties entered into a binding stipulation for entry of final judgment, and accordingly final judgment is entered as follows:

1.   A permanent injunction is hereby issued against Defendant Green Truck Management, Inc. and its principal Robert Rapisura, and their agents, directors, officers, employees, affiliated companies and others acting in concert with them, barring them from the direct or indirect use of Plaintiff Door to Door Storage, Inc.'s mark "Door 2 Door Storage," or from directly or indirectly using the word "Door" as a component of any trade name or domain name or

1271384.1
22542-801

in selling, offering to sell, advertising, promoting, circulating, distributing or displaying any product or service relating in any way to the moving or storage business or any related business, or which in any way tends to relate or connect such product or service to Plaintiff or to any goods or services offered, provided or sold by Plaintiff;

    2.    Additionally, Plaintiff Door to Door Storage, Inc. shall recover from Defendant Green Truck Management, Inc. the amount of $100,000. The monetary portion of this Judgment set forth in this paragraph may not be executed against Robert Rapisura individually or amended to add him as a party;

    3.    Further, Defendant Green Truck Management, Inc.'s president Robert Rapisura is to execute the declaration attached hereto as Exhibit 1. Such declaration includes the truthful representations that Robert Rapisura is the President of Defendant Green Truck Management, Inc., that the Stipulated Judgment has been issued by the Court, that Defendant Green Truck Management, Inc. has been prohibited by court order from using the name "Door 2 Door Storage" or "Door," and that on behalf of Defendant Green Truck Management, Inc. Robert Rapisura is requesting that third parties including internet service providers, internet aggregators, and other internet users remove any reference to "Door 2 Door" from web pages, websites or other communications over which they have control where such publication was in connection with the former business operated by Defendant Green Truck Management, Inc. of that name;

    4.    Finally, Defendant Green Truck Management, Inc.'s president Robert Rapisura is to use his ongoing best efforts to assist Plaintiff and its counsel in their efforts to remove the name "Door 2 Door" from the former uses by Defendant Green Truck Management, Inc. and/or publications regarding Defendant Green Truck Management, Inc., including in connection with third party website publications.

    5.    Each party to bear their own attorneys fees and costs.

DATED: __April 7, 2011__

IT IS SO ORDERED

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
Judge Charles R. Breyer

2
FINAL JUDGMENT

Case No. 10-cv-03790-CRB

1271384.1
22542-801